IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | Case No. 1:14-cv-09717-KPF |
| Plaintiff, | Judge Katherine Polk Failla |
| v. | |
| THOMAS DEXTER, | |
| Defendant. | |

Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") and Defendant Thomas Dexter ("Dexter") respectfully submit this joint status report pursuant to the Court's directive in its Memo Endorsement dated January 9, 2015 (Docket Entry No. 16).

Since the filing of the last status report on July 8, 2015, the Trustee filed a *Report of Assets* with the United States Bankruptcy Court for the District of Connecticut ("Bankruptcy Court") on July 23, 2015. The *Report of Assets* states that there appears to be funds available for distribution to creditors and requests that the Bankruptcy Court set a deadline for creditors to file proof of claims. Therefore, on July 24, 2015, the Bankruptcy Court directed creditors who wish to share in any distribution of funds to file proof of claims by October 22, 2015. Merrill Lynch filed its proof of claim on August 17, 2015.

Dated: October 6, 2015

Respectfully submitted:

Louis M. Lagalante
Gallagher, Hartnett & Lagalante, LLP
380 Lexington Avenue

The Chanin Building, Suite 2120
New York, New York 10168
llagalante@ghl-ny.com
Tel: 212-983-9700
Fax: 212-983-9701

*Attorney for Plaintiff Merrill Lynch,
Pierce, Fenner & Smith Incorporated*

_____  10/7/2015
Thomas Dexter (Pro Se)

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2015, a true and accurate copy of the foregoing Joint Status Report was served through the Court's ECF system, and via electronic mail and U.S. First Class Mail, to the following:

>Thomas Dexter
>125 Skunk Lane
>Wilton, CT 06897
>jotccap4@yahoo.com

Louis M. Lagalante